# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARRY R. RICHARDS & KAREN J. RICHARDS    Case Number: 07-73138
1093 N. HENDERSON ROAD    SSN-xxx-xx-3872 & xxx-xx-7722
FREEPORT, IL  61032

Case filed on:    12/26/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,567.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FRIEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LINEBARGER, GOGGAN, BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARVARD COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BUSINESSMENS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PROTOCAL RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ESKANOS & ADLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CONSTAR FINANCIAL SERVICE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IDES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INTERNAL REVENUE SERVICE | 62,128.67 | 62,128.67 | 0.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 62,128.67 | 62,128.67 | 0.00 | 0.00 |
| 999 | GARRY R. RICHARDS | 0.00 | 0.00 | 534.92 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 534.92 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 16,000.00 | 16,000.00 | 1,000.01 | 399.99 |
| 003 | INTERNAL REVENUE SERVICE | 18,500.00 | 18,500.00 | 0.00 | 0.00 |
| 006 | J.S.B. FINANCE CO | 4,266.00 | 4,266.00 | 357.80 | 142.20 |
| 033 | CORRINE PANNKUK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 38,766.00 | 38,766.00 | 1,357.81 | 542.19 |
| 001 | FORD CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 4,330.88 | 4,330.88 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WELLS FARGO / US DEPT OF VETERANS AFFAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INTERNAL REVENUE SERVICE | 94,372.09 | 94,372.09 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD/CHARTER | 323.34 | 323.34 | 0.00 | 0.00 |
| 020 | FREEPORT HEALTH NETWORK CLINIC | 108.00 | 108.00 | 0.00 | 0.00 |
| 022 | FREEPORT HEALTH NETWORK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FREEPORT HEALTH NETWORKHOSPITAL | 1,477.00 | 1,477.00 | 0.00 | 0.00 |
| 025 | FREEPORT HEALTH NETWORK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PROVIDIAN / TRI CAP RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SHOP NBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | TRI - CAP INVESTMENT PARTNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | TRIAD FINANCIAL / ROAD LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 100,611.31 | 100,611.31 | 0.00 | 0.00 |
|  | Grand Total: | 201,505.98 | 201,505.98 | 1,892.73 | 542.19 |

Total Paid Claimant:    $2,434.92
Trustee Allowance:    $132.08
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                    By   /s/Heather M. Fagan